**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MARTA BOTHWELL PERTUZ** | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO.: 3:15-cv-2028-BK** |
| | § | |
| **PREFERRED OFFICE PRODUCTS, INC.** | § | |
| **Defendant** | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, Plaintiff, **MARTA BOTHWELL PERTUZ.,** and Defendant, **PREFERRED OFFICE PRODUCTS, INC.,** by and through their attorneys of record, announced that all claims between the parties have been settled and that the Plaintiff no longer desire to prosecute any claims against Defendant.

The Court, having reviewed the papers and pleadings on file herein, is of the opinion that the following Order should be entered:

It is accordingly, **ORDERED, ADJUDGED and DECREED** that all cause of actions filed by the Plaintiff, **MARTA BOTHWELL PERTUZ,** against **PREFERRED OFFICE PRODUCTS, INC.,** are dismissed with prejudice, with court costs to be taxed against the party incurring same.

SIGNED this 21st day of July, 2016.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**                                   **Page 1**

**AGREED:**


_____
PATRICK R. JACKSON
A Professional Law Corporation
Texas State Bar Roll No.:  24002341
4442 Viking Drive – Suite 100
Bossier City, Louisiana 71111
Telephone:  (318) 752-3335
Facsimile:    (318) 752-3315
pjackson@bossierlawoffice.com
**ATTORNEYS FOR PLAINTIFF**
**MARTA BOTHWELL PERTUZ**


_____
AMBER W. BOOKER
State Bar No. 24075249
LAW OFFICES OF SCOTT A. SEELHOFF
785 Greens Parkway, Suite 240
Houston, Texas 77067
Direct:  (281) 877-3961
Facsimile: (877) 369-4882
Amber.Booker@thehartford.com
**ATTORNEY FOR DEFENDANTS**
**PREFERRED OFFICE PRODUCTS, INC.**